# Court of Appeals
# of the State of Georgia

ATLANTA, June 18, 2026

*The Court of Appeals hereby passes the following order*

**A26I0236. SEI/STRS LENOX MARKETPLACE, LLC v. LEMISHA ROGERS.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

26EV000671



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, June 18, 2026.

    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

    Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Christina Cooley Smith*, Clerk.